[No. 9028-1-III. Division Three. November 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN BILL FLETCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01001-1, Cameron K. Hopkins, J., entered December 10, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Ripple, J. Pro Tem.

[No. 8410-8-III. Division Three. December 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE LUIS CERVERA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-01451-4, F. James Gavin, J., entered January 20, 1987. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Ripple, J. Pro Tem.

[No. 10341-9-II. Division Two. December 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE CARLOS GONZALEZ-AVERADO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00079-0, Thomas R. Sauriol, J., entered September 22, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.